UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HURIJA MRSIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-00281 JAR |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER OF REMAND**

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 17). Plaintiff has no objection to Defendant's motion. (Doc. No. 18).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [17] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ to consider and further develop the record as to evidence relating to Plaintiff's February 2019 hospitalization.

A separate Judgment will accompany this order.

Dated this 1st day of September, 2020.

*John A. Ross*
_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**